UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA            CASE NO.:    5:05-CR-00039-Oc-10GRJ

v.

JHON ALEXANDER POSADA-VERGARA

_____

### NOTICE OF APPEAL
_____

**PLEASE TAKE NOTICE** that the Defendant, JHON ALEXANDER POSADA-VERGARA, appeals to the United States Court of Appeals for the Eleventh Circuit, the Pretrial Motions, Judgment and the Sentence, imposed on the defendant, JHON ALEXANDER POSADA-VERGARA, on or about August 14, 2007, by the Honorable WILLIAM TERRELL HODGES, United States District Judge.

Respectfully submitted,

s/ Darlene Calzon Barror

_____
DARLENE CALZON BARROR, ESQUIRE
506 N. Armenia Avenue
Tampa, Florida 33609
TEL:(813) 877-6970
FAX: (813)879-2610
dcbarror@aol.com
Florida Bar No. 0860379
Attorney for JHON ALEXANDER POSADA-VERGARA

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy has been furnished electronically via the CM/ECF system to: AUSA, United States Attorney's Office, 300 N. Hogan Street, Suite 700, Jacksonville, FL 32202 by U.S. Mail delivery this 20th day of August, 2007.

                                                      s/ Darlene Calzon Barror

                                             _____
                                           DARLENE CALZON BARROR, ESQUIRE