IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 07-13923-G

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
2 6 2007
THOMAS K. KAHN
CLERK

5:05CR-39-OC-10GKS

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,

versus

JHON ALEXANDER POSADA-VERGARA,

                Defendant-Appellant.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: BIRCH and DUBINA, Circuit Judges.

BY THE COURT:

  Appellant's motion to dismiss this appeal with prejudice is GRANTED.

A True Copy - Attest:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 26, 2007

Sheryl L. Loesch
Clerk, U.S. District Court
207 NW 2ND ST RM 337
OCALA FL 34475-6666

**Appeal Number: 07-13923-G**
Case Style: USA v. Jhon Alexander Posada-Vergara
District Court Number: 05-00039 CR-OC-10-GRJ

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

DIS-4 (3-2005)